410

**No. 59158.**—M & R Dietetic Laboratories, Inc., et al. *v.* United States, protests 227426–K, etc. (New York).

Opinion by EKWALL, J.   In accordance with stipulation of counsel that the merchandise consists of canned meat with vegetables the same in all material respects as that the subject of *United States* v. *The Crosse & Blackwell Co.* (42 C. C. P. A. 99, C. A. D. 579), the claim of the plaintiffs was sustained.

**No. 59159.**—Epstein's, Inc. *v.* United States, protest 247137–K (New York).

Opinion by JOHNSON, J.   Since the protest was filed more than 60 days after liquidation, it was dismissed as untimely, by virtue of section 514, Tariff Act of 1930.

**No. 59160.**—Luckenbach Steamship Company, Inc. *v.* United States, protest 247184–K (New York).

Opinion by JOHNSON, J.   Since the protest was filed more than 60 days after liquidation, it was dismissed as untimely, by virtue of section 514, Tariff Act of 1930.

**No. 59161.**—American Bitumuls & Asphalt Company *v.* United States, protest 247235–K (New York).

Opinion by JOHNSON, J.   Since the protest was filed more than 60 days after liquidation, it was dismissed as untimely, by virtue of section 514, Tariff Act of 1930.

**No. 59162.**—Morey Machinery Co., Inc. *v.* United States, protest 247810–K (B) (New York).

Opinion by JOHNSON, J.   Since the protest was filed more than 60 days after liquidation, it was dismissed as untimely, by virtue of section 514, Tariff Act of 1930.

JUNE 14, 1955

**No. 59163.**—Globe Overseas .Co. *v.* United States, protests 232271–K, etc.— (Initial No. 241013–K.)
Plaintiff's application for rehearing granted.